```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re                                   :
                                        :
WORLDCOM, INC.,                         :    03 CIV. 7927 (DLC)
                                        :
          Debtor,                       :         ORDER
                                        :
--------------------------------------- :
                                        :
CONTINENTAL CASUALTY COMPANY,           :
                                        :
          Appellant,                    :
                                        :
     -against-                          :
                                        :
WORLDCOM, INC., OFFICIAL COMMITTEE OF   :
UNSECURED CREDITORS, and ALAN G.        :
HEVESI,                                 :
                                        :
          Appellees.                    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

   This case having been resolved, it is hereby

   ORDERED that the Clerk of Court shall close the case.


Dated:   New York, New York
         March 26, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08