```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    ORDER
IN RE WORLDCOM, INC. SECURITIES         :
LITIGATION                              :    02 CIV. 3288 (DLC)
                                        :
This Document Relates to: All Actions   :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-08
```

DENISE COTE, District Judge:

It is hereby ordered that the Clerk of the Court shall close the master case file: 02 Civ. 3288.

Dated:    New York, New York
          August 4, 2008

```
                          _____
                               DENISE COTE
                          United States District Judge
```